RECEIVED
IN MONROE, LA.
MAY 10 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TED WAYNE MOORE<br>LA. DOC #319032 | CIVIL ACTION NO. 3:11-cv-2219 |
| VERSUS | SECTION P |
| WARDEN,<br>WINN CORRECTIONAL CENTER | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this 8 day of May, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE